CO-386-online
10/03

# United States District Court
# For the District of Columbia

Agrocomplect, AD )
)
)
)
vs    Plaintiff )    Civil Action No. _____
)
The Republic of Iraq )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Agrocomplect, AD_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

_Attorney of Record_
_[signature]_
Signature

__294652__
BAR IDENTIFICATION NO.

Philip M. Musolino
Print Name

Musolino & Dessel; 1615 L Street, NW
Address

Washington, D.C.  20036
City      State      Zip Code

(202) 466-3883
Phone Number