**MUSOLINO & DESSEL**
*Attorneys At Law*

PHILIP M. MUSOLINO
LISA J. DESSEL

Counsel to the Firm:
RENA SCHILD
MAUREEN T. CANNON

RENA SCHILD
rschild@musolinoanddessel.com

1615 L Street, N.W.
Suite 440
Washington, DC 20036
Telephone: (202) 466-3883
Telecopier: (202) 775-7477

February 23, 2007

BY HAND

Clerk of the Court
United States District Court for the
  District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.

Re: Agrocomplect, AD v. The Republic of Iraq 1:07-cv-00165-RBW

Dear Sir or Madam:

This is to request, pursuant to 28 U.S.C. 1608(a)(3), that your office address and dispatch to defendant The Republic of Iraq the attached summons, complaint and notice of suit -- with Arabic translations thereof -- in the above-captioned case.

If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Rena Schild

USPS- Certified
Rena Schild
202 466-3883

RECEIVED
FEB 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT