**MUSOLINO & DESSEL**

PHILIP M. MUSOLINO
LISA J. DESSEL

Counsel to the Firm:
RENA SCHILD
MAUREEN T. CANNON

RENA SCHILD
rschild@musolinoanddessel.com

1615 L Street, N.W.
Suite 440
Washington, DC 20036
Telephone: (202) 466-3883
Telecopier: (202) 775-7477

March 14, 2007

<u>BY HAND</u>

Tawana Davis
Civil Clerk's Office
United States District Court for the
  District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.

     Re: <u>Agrocomplect, AD v. The Republic of Iraq</u> 1:07-cv-00165-RBW

Dear Ms. Davis:

     Pursuant to our telephone conversation of yesterday, enclosed please find new summonses – in English and Arabic – to be used in the service of Iraq in the above-captioned case. We are requested that, pursuant to 28 U.S.C. 1608(a)(3), your office address and dispatch to defendant The Republic of Iraq the attached summons and the complaint and notice of suit -- with Arabic translations thereof – which were previously provided to you.

     If you have any questions, please feel free to contact me. Thank you.

                                Sincerely,

                                Rena Schild

**RECEIVED**

MAR 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT