**MUSOLINO & DESSEL**

PHILIP M. MUSOLINO
LISA J. DESSEL

Counsel to the Firm:
RENA SCHILD
MAUREEN T. CANNON

RENA SCHILD
rschild@musolinoanddessel.com

1615 L Street, N.W.
Suite 440
Washington, DC 20036
Telephone: (202) 466-3883
Telecopier: (202) 775-7477

March 19, 2007

BY HAND

Tawana Davis
Civil Clerk's Office
United States District Court for the
  District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.

    Re: <u>Agrocomplect, AD v. The Republic of Iraq</u> 1:07-cv-00165-RBW

Dear Ms. Davis:

    Pursuant to my telephone conversation with Jackie Francis this afternoon, enclosed please find a DHL envelope and label to be used in the service of Iraq in the above-captioned case. We have requested that, pursuant to 28 U.S.C. 1608(a)(3), your office address and dispatch to defendant The Republic of Iraq the summons, complaint and notice of suit -- with Arabic translations thereof -- which were previously provided to you.

    If you have any questions, please feel free to contact me. Thank you.

                                      Sincerely,

                                      Rena Schild