UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGROCOMPLECT, AD                              :
                                              :
        Plaintiff                             :
                                              :
v.                                            : Case No. 1:07-cv-00165-RBW
                                              :
THE REPUBLIC OF IRAQ                          :
                                              :
        Defendant                             :

### PRAECIPE REGARDING SERVICE

The Clerk of the Court will please note that the service documents prepared by the court and furnished to plaintiff were delivered to DHL for service on the defendant on March 22, 2007. A copy of the DHL receipt is annexed hereto.[1]

_____
Sylvia J. Rolinski, Esq. # 430573
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com

_____
Philip M. Musolino, Esq. #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

Dated: March 23, 2007

---

[1] The account number of counsel's firm has been redacted.

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only

833 6814 021

**1 Payer account number and shipment value protection details**

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. _____
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____

☐ Cash
☐ Check
☐ Credit Card

Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number | Contact Name: S. Reilly
Shipper's Reference (up to 35 characters): Agrocomplect
Company Name: MUSOLINO AND DESSEL
Address: 1615 L St., NW #440
Washington, DC
Post/ZIP Code (required): 20036
Phone, Fax, or E-mail (required): (303) 466-5883

**3 To (Receiver)**

Company Name: MINISTRY OF FOREIGN AFFAIRS
Contact Name: H.E. HOSHYAR ZEBARI
Delivery Address (DHL Cannot Deliver to a PO Box):

BAGHDAD
Country: IRAQ
Post/ZIP Code (required): N/A
Phone, Fax, or E-mail (required): (202) 483-7500

**4 Shipment Details**

Total Number of Packages: 1
Total Weight (If DHL Express Document packaging used, enter XD): 2 lbs
Dimensions (in inches) Pieces / Length / Width / Height

**5 Full Description of Contents**

Give Content and Quantity. DHL Does Not Transport Cash

Documents    Case No: RBW 07cv165

**6 Dutiable Shipments Only (Customs requirement)**

**7 Shipper's Authorization (signature required)**

Signature (required): _____ Date: 3/19/07

**ORIGIN** | **DESTINATION CODE**

**8 Products & Services**

DOMESTIC EXPRESS
☐ U.S. Express Envelope
☐ USA Overnight
☐ Other

GLOBAL MAIL
☐ Priority
☐ Standard
☐ IPA
☐ ISAL

WORLDWIDE EXPRESS
☒ Int'l Express Envelope
☐ Non-Dutiable ☐ WorldFreight
☐ Dutiable ☐ Other

☐ DomFlats

SERVICES | CHARGES