UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGROCOMPLECT, AD                    :
                                    :
        Plaintiff                   :
                                    :
v.                                  : Case No. 1:07-cv-00165-RBW
                                    :
THE REPUBLIC OF IRAQ                :
                                    :
        Defendant                   :

### SECOND PRAECIPE REGARDING SERVICE

The Clerk of the Court will please accept the attached DHL delivery sheet for filing. This document contains the March 22, 2007 signature of the Ministry of Foreign Affairs/Republic of Iraq recipient of the service documents prepared by the court and furnished to plaintiff.[1]

                                         _____
                                         Sylvia J. Rolinski, Esq. # 430573
                                         *Rolinski, Terenzio & Suarez, LLP*
                                         14915 River Road
                                         Potomac, Maryland 20854
                                         *Voice*: (240) 632-0903
                                         *Fax*:   (240) 632-0906
                                         *Email*: srolinski@rolinski.com

                                         _____
                                         Philip M. Musolino, Esq. #294652
                                         *Musolino & Dessel*
                                         1615 L Street, N.W., Suite 440
                                         Washington, D.C. 20036
                                         (202) 466-3883
                                         *Voice*: (202) 466-3883
                                         *Fax*:   (202) 775-7477
                                         *Email*: pmusolino@musolinoanddessel.com

Dated: April 23, 2007

---

[1] Account numbers were redacted by DHL.

**DELIVERY SHEET**

`*270307BGWICOBG11A01*`

DATE: 27/03/2007   TIME: 08:34   ROUTE: BG11   A   COURIER: 0058 HAIDER   Service Area: BGW / ICO / Iq01

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment.

Sheet: 1 of 2

| DEPT | Airbill No | Org | Prod | Pcs | Weight | P/U Date | SC | Amount | Invoice | Name/Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| State Company of Marketing Drugs | | INN | D | 1 | 0.4 KG | 23/03/07 | | CA | Tender receiving committee | : |
| MINISTRY OF FOREIGN AFFAIRS | 0336814021 | DCA | X | 1 | 0.5 KG | 22/03/07 | | | HE HOSHYAR ZEBARI | : |
| FOOTBALL ASSOCIATION | | ZRH | D | 1 | 0.1 KG | 22/03/07 | | | AHMED | : |
| MINISTRY OF HEALTH KIMADIA | | BSL | D | 1 | 0.6 KG | 23/03/07 | | CA | IMPORT MANAGER | : |
| AL MADA GENERAL TRADING CO. | | ZJF | P | 1 | 0.5 KG | 21/03/07 | | CA | FOUAD | : |
| ASIACELL TELECOM | | DAC | D | 1 | 1.0 KG | 21/03/07 | | | MAIL ROOM | : |
| COLLEGE OF MEDICINE | | DXH | P | 1 | 0.5 KG | 23/03/07 | | CA | DR THAMER AL NILTY | : |
| QWAN | | BEY | P | 3 | 74.5 KG | 21/03/07 | | 7901561911 | NA | : |
| | | DTM | P | 1 | 7.1 KG | 20/03/07 | | | na | : |
| BARAKAT JINSIAT | | DTW | P | 1 | 2.3 KG | 24/03/07 | | CA | | : |
| CNN BAGHDAD | | DAG | P | 2 | 5.9 KG | 23/03/07 | | | CAL PERRY | : |
| CBS NEWS NETWORK | | LHR | P | 2 | 19.3 KG | 24/03/07 | | | JOHN MACIEJEWSKI | : |

500   Cash Total: 0.00   FAX NO :