AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AGROCOMPLECT, AD

        Plaintiff(s)     )   **APPEARANCE**

vs.     )   CASE NUMBER  07-165

REPUBLIC OF IRAQ

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Danielle M. Espinet__ as counsel in this
                              (Attorney's Name)

case for: __AGROCOMPLECT, AD__
            (Name of party or parties)

__05-11-2007__
Date

*(Signature)*

__478553__
BAR IDENTIFICATION

Danielle M. Espinet
Print Name

14915 River Road
Address

Potomac MD 20854
City   State   Zip Code

240 632 0903
Phone Number