IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AGROCOMPLECT, AD | : | |
| Plaintiff, | : | Case No. 1:07-cv-00165 RBW |
| vs. | : | |
| THE REPUBLIC OF IRAQ<br>Defendant. | : | |

## NOTICE REGARDING SCHOLARSHIP FUND

The Court and counsel will please note that Philip M. Musolino Esq. and the Honorable Reggie B. Walton are members of the Criteria Committee (the "Committee") of the Robert A. Shuker Scholarship Fund, Inc. (the "Scholarship Fund"), a non-profit organization in the District of Columbia, and will please note further that meetings of the Committee are currently being scheduled for in or around June 2007.

These representations are provided in order to enable counsel, the parties and the court to assess recusal.

Respectfully submitted,

Philip M. Musolino, Esq. #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

*SJR bs*

Sylvia J. Rolinski, Esq. # 430573
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically on May 24, 2007, to:

Matthew D. Slater
*Cleary Gottlieb Steen & Hamilton, LLP*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006

Jonathan I. Blackman
Lisa M. Coyle
*Cleary, Gottlieb, Steen & Hamilton, LLP*
One Liberty Plaza
New York, NY 10006

Philip Musolino