UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGROCOMPLECT, AD : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> THE REPUBLIC OF IRAQ : <br> Defendant. : | Case No. 1:07-cv-00165 (RBW) |

## JOINT MOTION TO ENLARGE FILING DEADLINES

Plaintiff, Agrocomplect, AD and Defendant, the Republic of Iraq, by and through undersigned counsel, move, pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure, and LCvR 7(b) and 7(d) for an enlargement of time for the filing of Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint, and Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint. In support of this motion, the parties state as follows:

1.  Defendant filed its Motion to Dismiss the Complaint on May 21, 2007. Plaintiff's response to the motion to dismiss is due on June 1, 2007.

2.  Because of other professional obligations Plaintiff requires an additional two business days to complete its opposition to the motion to dismiss.

3.  The parties, through counsel, have agreed, subject to this court's approval, to enlarge the time for the filing of the opposition to June 5, 2007 and to enlarge the time for the filing of any reply to the opposition to June 19, 2007.

WHEREFORE, by all these presents, counsel for the parties pray that the instant motion be granted.

Respectfully submitted,

*SJR by*
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*:  srolinski@rolinski.com

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*:  (202) 466-3883
*Fax*:    (202) 775-7477
*Email*:  pmusolino@musolinoanddessel.com

*MDS by*  *w/consent*
Matthew D. Slater #386986
*Cleary Gottlieb Steen & Hamilton, LLP*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
*Voice*:  (202) 974-1500
*Fax*:    (202) 974-1999

*JIB by*  *w/consent*
Jonathan I. Blackman
Lisa M. Coyle
*Cleary Gottlieb Steen & Hamilton, LLP*
One Liberty Plaza
New York, NY 10006
*Voice*:  (212) 225-3000
*Fax*:    (212) 225-3999

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGROCOMPLECT, AD              :
                              :
        Plaintiff,            :     Case No. 1:07-cv-00165 (RBW)
                              :
                              :
vs.                           :
                              :
THE REPUBLIC OF IRAQ          :
        Defendant.            :

## ORDER

This matter having come before this Court on the Joint Motion to Enlarge Filing Deadlines, it is this _____ day of _____, 2007, for cause shown,

**ORDERED**, that instant motion be granted, and it is

**FURTHER ORDERED**, that Plaintiff shall file its Opposition to Defendant's Motion to Dismiss the Complaint on or before June 5, 2007, and it is

**FURTHER ORDERED**, that Defendant shall file any Reply to the Opposition to Defendant's Motion to Dismiss the Complaint on or before June 19, 2007.

SO ORDERED.

_____
Honorable Reggie B. Walton, Judge
United States District Court for the
District of Columbia

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, NW, Suite 440
Washington, DC 20036

Sylvia Rolinski
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854

Matthew D. Slater
*Cleary Gottlieb Steen & Hamilton, LLP*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006

Jonathan I. Blackman
Lisa M. Coyle
*Cleary Gottlieb Steen & Hamilton, LLP*
One Liberty Plaza
New York, NY 10006