IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AGROCOMPLECT, AD,** )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>**THE REPUBLIC OF IRAQ** )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:07CV00165 (RBW) |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Plaintiff, Agrocomplect, AD and Defendant, the Republic of Iraq hereby jointly submit this motion for entry of scheduling order for pending and anticipated motions. In support of this motion, the parties state as follows:

1. Defendant filed a Motion to Dismiss the Complaint in this matter on May 21, 2007 (the "Motion to Dismiss").

2. Plaintiff filed its Opposition to Defendant's Motion to Dismiss the Complaint on June 5, 2007.

3. Defendant filed a Reply Memorandum in Further Support of its Motion to Dismiss the Complaint on June 19, 2007.

4. On July 11, 2007, Plaintiff filed a Motion for Leave to Conduct Limited Discovery on Motion to Dismiss Complaint (the "Discovery Motion"). Defendant's opposition to the Discovery Motion is due on July 26, 2007.

5. On July 16, 2007, Plaintiff filed a First Amended Complaint. Defendant intends to file a Motion to Dismiss the First Amended Complaint.

6. The parties, through counsel, have agreed, subject to this Court's approval, that Defendant will combine its opposition to the Discovery Motion and its Motion to Dismiss the First Amended Complaint and file such combined papers on or before August 6, 2007. The parties have further agreed that Plaintiff will file its combined opposition and reply on or before August 20, 2007, and Defendant will file its reply, if any, on the Motion to Dismiss the First Amended Complaint on or before September 5, 2007.

Dated: July 19, 2007

Respectfully submitted,

| | |
|---|---|
| /s/ Sylvia J. Rolinski /MDS | /s/ Matthew D. Slater |
| Sylvia J. Rolinski (D.C. Bar # 430573) | Matthew D. Slater (D.C. Bar # 386986) |
| Danielle M. Espinet | Cleary Gottlieb Steen & Hamilton LLP |
| Rolinski & Suarez, LLC | 2000 Pennsylvania Avenue, N.W. |
| 14915 River Road | Washington, D.C. 20006-1801 |
| Potomac, Maryland 20854 | Telephone: (202) 974 1500 |
| srolinski@rolinski.com | Facsimile: (202) 974-1999 |
| | |
| | *Attorneys for Defendant The Republic of Iraq* |
| /s/ Philip M. Musolino /MDS | |
| Philip M. Musolino (D.C. Bar # 294652) | |
| Musolino & Dessel | |
| 1615 L Street, N.W., Suite 440 | |
| Washington, D.C. 20036 | |
| pmusolino@musolinoanddessel.com | |

*Attorneys for Plaintiff Agrocomplect, AD*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On July 19, 2007, a copy of the foregoing Joint Motion for Entry of Scheduling Order and accompanying papers, were served by electronic transmission through the Court's CM/ECF System on the following parties:

> Sylvia J. Rolinski
> Danielle M. Espinet
> Rolinski & Suarez, LLC
> 14915 River Road
> Potomac, Maryland 20854
> srolinski@rolinski.com
> Attorney for Agrocomplect, AD
>
> Philip M. Musolino
> Musolino & Dessel
> 1615 L Street, N.W., Suite 440
> Washington, D.C. 20036
> pmusolino@musolinoanddessel.com
> Attorney for Agrocomplect, AD

Dated: July 19, 2007                    /s/ Emily C. Capehart

                                        Emily C. Capehart

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGROCOMPLECT, AD,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE REPUBLIC OF IRAQ** )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No. 1:07CV00165 (RBW) |

### ORDER

This matter having come before this Court on the Joint Motion for Entry of Scheduling Order, it is this _____ day of _____, 2007, for cause shown:

ORDERED that the instant motion be granted, and it is

FURTHER ORDERED, that Defendant shall file its Opposition to Plaintiff's Motion for Leave to Conduct Limited Discovery on Motion to Dismiss and Motion to Dismiss the First Amended Complaint on or before August 6, 2007, and it is

FURTHER ORDERED, that Plaintiff shall file its Opposition to Defendant's Motion to Dismiss the First Amended Complaint, and any Reply to the Opposition to Plaintiff's Motion for leave to Conduct Limited Discovery on or before August 20, 2007, and it is

FURTHER ORDERED, that Defendant shall file any Reply to the Opposition to Defendant's Motion to Dismiss the First Amended Complaint on or before September 5, 2007.

_____
Reggie B. Walton
United States District Judge

Case 1:07-cv-00165-RBW     Document 17-2     Filed 07/19/2007     Page 2 of 3

**List of Persons to be Notified (LCvR 7(k))**

Matthew D. Slater (D.C. Bar # 386986)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
mslater@cgsh.com
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999
Attorney for Defendant The Republic of Iraq

Jonathan I. Blackman
Lisa M. Coyle
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999
Attorneys for Defendant The Republic of Iraq


Philip M. Musolino
Musolino & Dessel
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
pmusolino@musolinoanddessel.com
Attorney for Plaintiff Agrocomplect, AD

Sylvia J. Rolinski
Danielle M. Espinet
Rolinski & Suarez, LLC
14915 River Road
Potomac, Maryland 20854
srolinski@rolinski.com
Attorney for Plaintiff Agrocomplect, AD