IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGROCOMPLECT, AD,** )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>**THE REPUBLIC OF IRAQ** )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No. 1:07CV00165 (RBW) |

**JOINT MOTION TO ENLARGE FILING DEADLINES**

Plaintiff, Agrocomplect, AD and Defendant, the Republic of Iraq, by and through undersigned counsel, hereby jointly submit this motion, pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure, and LCvR 7(a), 7(b) and 7(d) for an enlargement of time for the filing of Defendant's Motion to Dismiss the First Amended Complaint, Plaintiff's opposition thereto and Defendant's reply, if any. In support of this motion, the parties state as follows:

1. Plaintiff filed the First Amended Complaint in this matter on July 16, 2007. Defendant intends to file a motion to dismiss the first amended complaint (the "Motion to Dismiss"). Defendant's Motion to Dismiss is due on July 30, 2007.

2. Because of other professional obligations, Defendant requires an additional five business days to complete its Motion to Dismiss.

3. The parties, through counsel, have agreed, subject to this Court's approval, to enlarge the time for the filing of Defendant's Motion to Dismiss to August 6, 2007, to enlarge the time for the filing of Plaintiff's opposition to Defendant's Motion to Dismiss to August 20, 2007, and to enlarge the time for the filing of any reply to the opposition to September 5, 2007.

Dated: July 27, 2007

Respectfully submitted,

/s/ Sylvia J. Rolinski/JIB_____
Sylvia J. Rolinski
Danielle M. Espinet
Rolinski & Suarez, LLC
14915 River Road
Potomac, Maryland 20854
srolinski@rolinski.com


/s/ Philip M. Musolino/JIB_____
Philip M. Musolino
Musolino & Dessel
1615 L Street, N.W., Suite 440
Washington, D.C. 20036

pmusolino@musolinoanddessel.com

*Attorneys for Plaintiff Agrocomplect, AD*

/s/ Matthew D. Slater/JIB_____
Matthew D. Slater (D.C. Bar # 386986)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974 1500
Facsimile: (202) 974-1999

Jonathan I. Blackman
Lisa M. Coyle
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Defendant The Republic of Iraq*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On July 27, 2007, a copy of the foregoing Joint Motion for Entry of Scheduling Order and accompanying papers, were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Sylvia J. Rolinski
>Danielle M. Espinet
>Rolinski & Suarez, LLC
>14915 River Road
>Potomac, Maryland 20854
>srolinski@rolinski.com
>Attorney for Agrocomplect, AD
>
>Philip M. Musolino
>Musolino & Dessel
>1615 L Street, N.W., Suite 440
>Washington, D.C. 20036
>pmusolino@musolinoanddessel.com
>Attorney for Agrocomplect, AD

Dated: July 27, 2007            /s/ Emily C. Capehart
                                       Emily C. Capehart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AGROCOMPLECT, AD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07CV00165 (RBW) |
| v. ) | |
| ) | |
| **THE REPUBLIC OF IRAQ** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

This matter having come before this Court on the Joint Motion for Entry of Scheduling Order, it is this _____ day of _____, 2007, for cause shown:

ORDERED that the instant motion be granted, and it is

FURTHER ORDERED, that Defendant shall file its Motion to Dismiss the First Amended Complaint on or before August 6, 2007, and it is

FURTHER ORDERED, that Plaintiff shall file its Opposition to Defendant's Motion to Dismiss the First Amended Complaint on or before August 20, 2007, and it is

FURTHER ORDERED, that Defendant shall file any Reply to the Opposition to Defendant's Motion to Dismiss the First Amended Complaint on or before September 5, 2007.

_____
Reggie B. Walton
United States District Judge

## List of Persons to be Notified (LCvR 7(k))

Matthew D. Slater (D.C. Bar # 386986)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
mslater@cgsh.com
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999
Attorney for Defendant The Republic of Iraq

Jonathan I. Blackman
Lisa M. Coyle
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999
Attorneys for Defendant The Republic of Iraq


Philip M. Musolino
Musolino & Dessel
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
pmusolino@musolinoanddessel.com
Attorney for Plaintiff Agrocomplect, AD

Sylvia J. Rolinski
Danielle M. Espinet
Rolinski & Suarez, LLC
14915 River Road
Potomac, Maryland 20854
srolinski@rolinski.com
Attorney for Plaintiff Agrocomplect, AD