UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AGROCOMPLECT, AD | : | |
| | : | |
| Plaintiff, | : | Case No. 1:07-cv-00165 (RBW) |
| | : | |
| v. | : | |
| | : | |
| THE REPUBLIC OF IRAQ | : | |
| Defendant. | : | |

### PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND TO ENLARGE TIME TO FILE REPLY

Plaintiff, by and through undersigned counsel, moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and LCvR 7(b), 7(d) and 7(m), for an enlargement of time to August 23, 2007, within which to respond to Defendant's Motion to Dismiss First Amended Complaint ("Motion to Dismiss"), and to enlarge the time for any Reply. In support of this motion, Plaintiff states as follows:

Defendant filed its Motion to Dismiss on August 6, 2007. At the request of the parties, the court set August 20, 2007 as the date for the filing of an opposition to the Motion to Dismiss, and September 5, 2007 as the date for the filing of any Reply.

Intervening and unavoidable professional and personal obligations arose during the week of August 13, 2007 for undersigned counsel Musolino and Espinet. Ms. Rolinski has been on scheduled business travel out of the country from July 25, 2007. Accordingly, counsel for plaintiff prays for a brief extension of time to complete the opposition, and seeks an equivalent extension of the Reply date.

Counsel for defendant has advised counsel for plaintiff that defendant has no objection to the instant request.

WHEREFORE, Plaintiff prays that the instant motion be granted.

Respectfully submitted,

_____
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com

_____
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served by ECF on August 20, 2007 to:

Matthew D. Slater
*Cleary Gottlieb Steen & Hamilton, LLP*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006

Jonathan I. Blackman
Lisa M. Coyle
*Cleary Gottlieb Steen & Hamilton, LLP*
One Liberty Plaza
New York, NY 10006

                                              Philip M. Musolino

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGROCOMPLECT, AD | : |
| Plaintiff, | : Case No. 1:07-cv-00165 (RBW) |
| v. | : |
| THE REPUBLIC OF IRAQ<br>Defendant. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND TO ENLARGE TIME TO FILE REPLY

1. Federal Rules of Civil Procedure 6(b) and 12.

2. LCvR 7(b), 7(d) and 7(m).

3. The representations set out herein.

        Respectfully submitted,

        _____
        Sylvia J. Rolinski # 430573
        Danielle M. Espinet # 478553
        *Rolinski & Suarez, LLC*
        14915 River Road
        Potomac, Maryland 20854
        *Voice*: (240) 632-0903
        *Fax*:  (240) 632-0906
        *Email*: srolinski@rolinski.com

        _____
        Philip M. Musolino #294652
        *Musolino & Dessel*
        1615 L Street, N.W., Suite 440
        Washington, D.C. 20036
        (202) 466-3883
        *Voice*: (202) 466-3883
        *Fax*:  (202) 775-7477
        *Email*: pmusolino@musolinoanddessel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AGROCOMPLECT, AD | : | |
| | : | |
| Plaintiff, | : | Case No. 1:07-cv-00165 (RBW) |
| | : | |
| v. | : | |
| | : | |
| THE REPUBLIC OF IRAQ | : | |
| Defendant. | : | |

## ORDER

This matter having come before this Court on plaintiff's Unopposed Motion to Enlarge Time to Oppose Defendant's Motion to Dismiss the First Amended Complaint and to Enlarge Time to File Reply, it is this _____ day of _____, 2007, for cause shown,

**ORDERED**, that instant motion be granted, and it is

**FURTHER ORDERED**, that Plaintiff shall file its Opposition to Defendant's Motion to Dismiss the First Amended Complaint on or before August 23, 2007, and it is

**FURTHER ORDERED**, that Defendant shall file any Reply to the Opposition to Defendant's Motion to Dismiss the First Amended Complaint on or before September 10, 2007.

SO ORDERED.

_____
Reggie B. Walton, Judge
United States District Court for the
District of Columbia

2

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, NW, Suite 440
Washington, DC 20036

Sylvia Rolinski
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854

Matthew D. Slater
*Cleary Gottlieb Steen & Hamilton, LLP*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006

Jonathan I. Blackman
Lisa M. Coyle
*Cleary Gottlieb Steen & Hamilton, LLP*
One Liberty Plaza
New York, NY 10006