IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGROCOMPLECT, AD,** )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>**THE REPUBLIC OF IRAQ** )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No. 1:07CV00165 (RBW) |

**JOINT MOTION TO ENLARGE FILING DEADLINES**

Plaintiff, Agrocomplect, AD and Defendant, the Republic of Iraq, by and through undersigned counsel, hereby jointly submit this motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and LCvR 7(b), 7(d) and 7(m) for an enlargement of time for the filing of Defendant's opposition to Plaintiff's Motion for Leave to Conduct Limited Discovery on Motion to Dismiss First Amended Complaint (the "Discovery Motion") and Plaintiff's reply, if any. In support of this motion, the parties state as follows:

1.  Plaintiff filed its Discovery Motion on September 13, 2007. Defendant's opposition to the Discovery Motion is due on September 24, 2007.

2.  Because of other professional obligations, Defendant requires an additional five business days to complete its opposition to the Discovery Motion.

3. The parties, through counsel, have agreed, subject to this Court's approval, to enlarge the time for the filing of Defendant's opposition to the Discovery Motion to October 1, 2007 and to enlarge the time for the filing of any reply to the opposition to October 8, 2007.

Dated: September 17, 2007

Respectfully submitted,

| | |
|---|---|
| /s/ Sylvia J. Rolinski/MDS_____ | /s/ Matthew D. Slater_____ |
| Sylvia J. Rolinski | Matthew D. Slater (D.C. Bar # 386986) |
| Danielle M. Espinet | Cleary Gottlieb Steen & Hamilton LLP |
| Rolinski & Suarez, LLC | 2000 Pennsylvania Avenue, N.W. |
| 14915 River Road | Washington, D.C. 20006-1801 |
| Potomac, Maryland 20854 | Telephone: (202) 974 1500 |
| srolinski@rolinski.com | Facsimile: (202) 974-1999 |
| | |
| /s/ Philip M. Musolino/MDS_____ | Jonathan I. Blackman |
| Philip M. Musolino | Lisa M. Coyle |
| Musolino & Dessel | Cleary Gottlieb Steen & Hamilton LLP |
| 1615 L Street, N.W., Suite 440 | One Liberty Plaza |
| Washington, D.C. 20036 | New York, New York 10006 |
| pmusolino@musolinoanddessel.com | Telephone: (212) 225-2000 |
| | Facsimile: (212) 225-3999 |
| | |
| *Attorneys for Plaintiff Agrocomplect, AD* | *Attorneys for Defendant The Republic of Iraq* |

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On September 17, 2007, a copy of the foregoing Joint Motion to Enlarge Filing Deadlines and accompanying papers, were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Sylvia J. Rolinski
>Danielle M. Espinet
>Rolinski & Suarez, LLC
>14915 River Road
>Potomac, Maryland 20854
>srolinski@rolinski.com
>Attorney for Agrocomplect, AD
>
>Philip M. Musolino
>Musolino & Dessel
>1615 L Street, N.W., Suite 440
>Washington, D.C. 20036
>pmusolino@musolinoanddessel.com
>Attorney for Agrocomplect, AD

Dated: September 17, 2007                /s/ Emily C. Capehart_____
                                         Emily C. Capehart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGROCOMPLECT, AD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07CV00165 (RBW) |
| v. ) | |
| ) | |
| **THE REPUBLIC OF IRAQ** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter having come before this Court on the Joint Motion to Enlarge Filing Deadlines, it is this _____ day of _____, 2007, for cause shown:

ORDERED that the instant motion be granted, and it is

FURTHER ORDERED, that Defendant shall file its Opposition to Plaintiff's Motion for Leave to Conduct Limited Discovery on Motion to Dismiss First Amended Complaint on or before October 1, 2007, and it is

FURTHER ORDERED, that Plaintiff shall file any Reply to the Opposition to Plaintiff's Motion for Leave to Conduct Limited Discovery on Motion to Dismiss First Amended Complaint on or before October 8, 2007.

_____
Reggie B. Walton
United States District Judge

## List of Persons to be Notified (LCvR 7(k))

Matthew D. Slater (D.C. Bar # 386986)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
mslater@cgsh.com
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Attorney for Defendant The Republic of Iraq

Jonathan I. Blackman
Lisa M. Coyle
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Attorneys for Defendant The Republic of Iraq


Philip M. Musolino
Musolino & Dessel
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
pmusolino@musolinoanddessel.com
Attorney for Plaintiff Agrocomplect, AD

Sylvia J. Rolinski
Danielle M. Espinet
Rolinski & Suarez, LLC
14915 River Road
Potomac, Maryland 20854
srolinski@rolinski.com
Attorney for Plaintiff Agrocomplect, AD