# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
_____
                                          )
AGROCOMPLECT, AD,                         )
                                          )
              Plaintiff,                   )
                                          )
      v.                                   )      Civil Action No. 07-0165 (RBW)
                                          )
REPUBLIC OF IRAQ,                         )
                                          )
              Defendant.                   )
                                          )
_____)
```

## ORDER

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that the Defendant's Motion to Dismiss the First Amended Complaint is

**GRANTED**.  It is further

**ORDERED** that the plaintiff's First Amended Complaint is **DISMISSED**.  It is further

**ORDERED** that the Plaintiff's Motion for Leave to Conduct Limited Discovery on

Motion to Dismiss First Amended Complaint is **DISMISSED** as **MOOT**.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 30th day of November, 2007.


                                          REGGIE B. WALTON
                                          United States District Judge