UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGROCOMPLECT, AD | : |
| Plaintiff, | : Case No. 1:07-cv-00165 (RBW) |
| vs. | : |
| THE REPUBLIC OF IRAQ<br>Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given this 28th day of December, 2007 that Plaintiff Agrocomplect, AD appeals to the United States Court of Appeals for the District of Columbia Circuit from the final Judgment and Order of this Court, entered November 30, 2007 by the Honorable Reggie B. Walton in favor of defendant the Republic of Iraq and against said plaintiff and granting the Motion of Defendant the Republic of Iraq to Dismiss the First Amended Complaint and denying the Motion of Plaintiff for Leave to Conduct Limited Discovery on Motion to Dismiss First Amended Complaint. Docket Number 28, in accordance with Memorandum Opinion, Docket Number 27.

Respectfully submitted,

_____
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*:  (202) 466-3883
*Fax*:    (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

*S.JR* (signature)

Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

## CERTIFICATE OF, AND DIRECTION TO THE CLERK REGARDING, SERVICE

A copy of this Notice of Appeal was delivered by electronic mail to counsel for defendant this 28th day of December 2007 at the following addresses:

> Matthew D. Slater
> *Cleary Gottlieb Steen & Hamilton, LLP*
> 2000 Pennsylvania Avenue, NW
> Washington, D.C. 20006
> mslater@cgsh.com
>
> Jonathan I. Blackman
> Lisa M. Coyle
> *Cleary Gottlieb Steen & Hamilton, LLP*
> One Liberty Plaza
> New York, NY 10006
> jblackman@cgsh.com

and the clerk is requested to deliver a copy of this Notice of Appeal to counsel for defendant at the above-described addresses.

(signature)

Philip M. Musolino

2