UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGROCOMPLECT, AD,　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>REPUBLIC OF IRAQ,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) | Civil Action No. 07-0165 (RBW) |

**ORDER**

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that the Plaintiff['s] Motion for Reconsideration and to Alter or Amend Order and Judgment is **DENIED**.

**SO ORDERED** this 25th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge