UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGROCOMPLECT, AD | : |
| | : |
| Plaintiff, | : Case No. 1:07-cv-00165 (RBW) |
| | : |
| v. | : |
| | : |
| THE REPUBLIC OF IRAQ | : |
| Defendant. | : |

### PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE JUDGMENT AND TO AMEND FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR A STATEMENT UNDER *SMITH v. POLLIN*

Plaintiff, by and through undersigned counsel, moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and LCvR 7(d) and 7(m), for an enlargement of time to February 22, 2008, within which to Reply to Defendant's Opposition to Plaintiff's Motion to Vacate Judgment and to Amend First Amended Complaint, or, In the Alternative, For a Statement Under *Smith v. Pollin*. In support of this motion, Plaintiff states as follows:

Mr. Musolino's mother has been hospitalized with a heart attack and is on life support. He is required to be out of town for an indeterminate amount of time as a consequence. Attorney Sylvia Rolinski is also out of town.

The time within which Plaintiff is required to file its reply has not yet expired.

Counsel for defendant has advised counsel for plaintiff that defendant has no objection to the instant request.

WHEREFORE, Plaintiff prays that the instant motion be granted.

Respectfully submitted,

/s/
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com


/s/
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served by ECF on February 19, 2008 to:

Matthew D. Slater
*Cleary Gottlieb Steen & Hamilton, LLP*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006

Jonathan I. Blackman
Lisa M. Coyle
*Cleary Gottlieb Steen & Hamilton, LLP*
One Liberty Plaza
New York, NY 10006

/s/
Philip M. Musolino

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGROCOMPLECT, AD          :
                          :
       Plaintiff,         :     Case No. 1:07-cv-00165 (RBW)
                          :
                          :
v.                        :
                          :
THE REPUBLIC OF IRAQ      :
       Defendant.         :

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE JUDGMENT AND TO AMEND FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR A STATEMENT UNDER *SMITH v. POLLIN***

1. Federal Rules of Civil Procedure 6(b).

2. LCvR 7(d) and 7(m).

3. The representations set out herein.

                          Respectfully submitted,


                          _____/s/_____
                          Sylvia J. Rolinski # 430573
                          Danielle M. Espinet # 478553
                          *Rolinski & Suarez, LLC*
                          14915 River Road
                          Potomac, Maryland 20854
                          *Voice*: (240) 632-0903
                          *Fax*:   (240) 632-0906
                          *Email*: srolinski@rolinski.com

                          _____/s/_____
                          Philip M. Musolino #294652
                          *Musolino & Dessel*
                          1615 L Street, N.W., Suite 440
                          Washington, D.C. 20036
                          (202) 466-3883
                          *Voice*: (202) 466-3883
                          *Fax*:   (202) 775-7477
                          *Email*: pmusolino@musolinoanddessel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGROCOMPLECT, AD** : | |
| : | |
| **Plaintiff,** : | Case No. 1:07-cv-00165 (RBW) |
| : | |
| **v.** : | |
| : | |
| **THE REPUBLIC OF IRAQ** : | |
| **Defendant.** : | |

## ORDER

This matter having come before this Court on plaintiff's Unopposed Motion to Enlarge Time to Reply to Defendant's Opposition to Plaintiff's Motion to Vacate Judgment and to Amend First Amended Complaint, or, in the Alternative, For a Statement Under *Smith v. Pollin*, it is this _____ day of _____, 2008, for cause shown,

**ORDERED**, that instant motion be granted, and it is

**FURTHER ORDERED**, that Plaintiff shall file its Reply to Defendant's Opposition to Plaintiff's Motion to Vacate Judgment and to Amend First Amended Complaint, or, in the Alternative, For a Statement Under *Smith v. Pollin* on February 22, 2008.

SO ORDERED.

_____
Reggie B. Walton, Judge
United States District Court for the
District of Columbia

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, NW, Suite 440
Washington, DC 20036

Sylvia Rolinski
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854

Matthew D. Slater
*Cleary Gottlieb Steen & Hamilton, LLP*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006

Jonathan I. Blackman
Lisa M. Coyle
*Cleary Gottlieb Steen & Hamilton, LLP*
One Liberty Plaza
New York, NY 10006